# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELVIN L. HUDSPETH, | ) | NO. CV 10-03610 AG (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| A. HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Granting Petitioner's Motion to Dismiss the Petition,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: JUNE 30, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE